**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1799**

ANTHONY SPENCER GREEN, SR.,

              Plaintiff - Appellant,

        v.

DARPA, Defense Advanced Research Projects Agency,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:17-cv-00647-LO-JFA)

Submitted:  October 10, 2017                          Decided:  October 18, 2017

Before KING, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Spencer Green, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Spencer Green, Sr., appeals the district court's order dismissing his civil action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we deny Green's motion for appointment of counsel and affirm for the reasons stated by the district court. *See* 28 U.S.C. § 1915(e)(2)(B) (2012); *Green v. DARPA*, No. 1:17-cv-00647-LO-JFA (E.D. Va. June 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*